Pagliaro, Appellant, *v.* Trinsey.

Argued May 4, 1964. Before BELL, C. J., COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Sidney M. DeAngelis,* for appellants.

*David Berger.* with him *Herbert B. Newberg,* and *Cohen, Shapiro, Berger and Cohen,* and *Henderson, Wetherill & O'Hey,* for appellees.

OPINION PER CURIAM, October 26, 1964:

The Order appealed from being interlocutory, the appeal is quashed.

Smith, Appellant, *v.* Zoning Board of Adjustment.

Argued April 28, 1964. Before JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused November 9, 1964.